# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**ORIGINAL FILED**

2007 JUN 22 PM 3:11

Case Number __07-00578__    Defendant Number 1

U.S.A. v. Amandeep Singh Ahluwalia aka Aman Singh    Year of Birth _1979_

☑ Indictment    ☐ Information    Investigative agency (FBI, DEA, etc.) USAO

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE

a. Offense charged as a:    ☐ Petty Offense
   ☐ Misdemeanor    ☐ Minor Offense    ☑ Felony
b. Date of offense October 2006
c. County in which first offense occurred
   Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK **ALL** THAT APPLY
   ☑ Los Angeles          ☐ Ventura
   ☐ Orange               ☐ Santa Barbara
   ☐ Riverside            ☐ San Luis Obispo
   ☐ San Bernardino       ☐ Other _____

Citation of offense 18 USC 1001, 1028A, 2

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☑ No    ☐ Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any:  **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _____
   Case Number _____
   Charging _____

The complaint:    ☐ is still pending
   ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*          ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*          ☑ No

**\*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

### Superseding Indictment/Information

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*          ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*          ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes          ☐ No

**\*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

Is an interpreter required: ☐ Yes    ☑ No
IF YES, list language and/or dialect:

_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

## OTHER

☑ Male        ☐ Female

☑ U.S. Citizen      ☐ Alien

Alias Name(s) _Aman Singh_____

_____

This defendant is charged in:    ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?      ☐ Yes     ☑ No

IF YES, should matter be sealed?   ☐ Yes     ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☐ public corruption
☐ government fraud              ☐ tax offenses
☐ environmental issues        ☐ mail/wire fraud
☐ narcotics offenses           ☐ immigration offenses
☐ violent crimes/firearms     ☐ corporate fraud
☐ Other: _False statement to agency, aggravated identity_
_theft_

_____

_____

## CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?     ☐ Yes      ☐ No

d. Is a Fugitive         ☐ Yes      ☐ No

e. Is on bail or release from another district:

_____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.     ☑ Yes      ☐ No

Defendant is **in** custody:

a. Place of incarceration:    ☐ State      ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction:   ☐ Yes      ☐ No
   IF YES ☐ State     ☐ Federal     ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes     ☐ No
   IF YES ☐ State     ☐ Federal     AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

_____

Date ~~May~~ June 21 , 2007

_____
Signature of Assistant U.S. Attorney

Michael R. Wilner
_____
*Print Name*