# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR07-578-AHM | Date: September 4, 2009 |

Present: The Honorable **A. HOWARD MATZ**

Interpreter: N/A

| Stephen Montes | Cindy Nirenberg | Kerry O'Neill |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| AMANDEEP SINGH AHLUWALIA | √ | | √ | Solomon L. Wisenberg | √ | | √ |

Proceedings: **Final Supervised Release Revocation Hearing - SENTENCING (Non-Evidentiary)**

    Defendant admits allegations One and Two contained in the Petition on Probation and Supervised Release (Bench Warrant) filed on July 29, 2009. Court informs counsel of its tentative sentence and hears oral argument. Court admits and considers Government's Proferred Testimony in Regards to Defendant's Revocation Hearing and Sentencing (including both exhibits) filed on September 3, 2009. Court sentences defendant. Refer to the Judgement Revoking Supervised Release and Commitment Order for the terms of the sentence.

                                                                              : 19

Initials of Deputy Clerk    SMO

cc: