UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR07-578-AHM |
| | ) | |
| Plaintiff | ) | JUDGMENT REVOKING |
| | ) | SUPERVISED RELEASE AND |
| vs. | ) | COMMITMENT ORDER |
| | ) | |
| AMANDEEP SINGH AHLUWALIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS, on September 4, 2009, came the attorney for the Government, Kerry O'Neill and the defendant appeared in person with retained counsel, Solomon L. Wisenberg; and the defendant admitted allegations One and Two as stated in the Petition on Probation and Supervised Release (Citation) filed on July 29, 2009.

WHEREAS, on September 4, 2009, the defendant admitted the violations and the Court finds that the defendant violated the conditions of the Supervised Release order imposed on April 14, 2008 (see Judgment Revoking Supervised Release and Commitment Order filed in the United States District Court for the Central District of California, Western Division).

IT IS ADJUDGED, upon the findings of the Court, supervised release is hereby revoked, vacated, and set aside. The defendant is committed to the custody of the Bureau of Prisons for a term of nine (9) months. Thereafter, supervised release will be terminated.

IT IS FURTHER ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before noon, Monday, September 14, 2009. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the Edward R. Roybal Federal Building and Courthouse, 255 East Temple Street, Los

UNITED STATES OF AMERICA v. AMANDEEP SINGH AHLUWALIA    PAGE 2
CASE NO. CR07-578-AHM

Angeles, California 90012.

    Court recommends to the Bureau of Prisons that the defendant be incarcerated in a facility located in Southern California.

    It is ordered that the clerk deliver a copy of this Judgment Probation/Commitment Order to the U.S. Marshal or other qualified officer.

DATE: September 4, 2009

                                   A. HOWARD MATZ

FILED:                           United States District Judge

Terry Nafisi, Clerk of Court
by:    Stephen Montes
        Deputy Clerk